No. 15,599.

FRITSINGER *v.* HARRIS
(157 P. [2d] 692)

Decided March 19, 1945.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. HARRY BEHM, for plaintiff in error.

Mr. JOHN E. FITZPATRICK, for defendant in error.